John P. Coleman
State Bar No. 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone:      (916) 369-0777
Facsimile:       (916) 369-2698

Attorneys For Defendants The Coleman Company, Inc. and Jarden Corporation, a Delaware Corporation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE DALY,<br><br>            Plaintiff,<br><br>    v.<br><br>THE COLEMAN COMPANY, INC. and JARDEN CORPORATION,<br><br>            Defendants. | No. 2:08-CV-02364-FCD-EFB<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record, that the above-captioned action including all claims alleged therein, be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees, pursuant to F.R.C.P. Rule 41(a)(1) and the settlement agreement reached between the parties.

DATED: February 9, 2009          ___/s/ John P. Coleman_____
                                 John P. Coleman
                                 Attorney for Defendants
                                 THE COLEMAN COMPANY, INC. and
                                 JARDEN CORPORATION

1
STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

1  DATED: February 9, 2009                      ____/s/ Amy M. Decker_____
                                                Amy M. Decker
2                                               Hinkle Elkouri Law Firm LLC
                                                Attorney for Co-Defendants
3

4

5
   DATED: February 9, 2009                      ____/s/ Michael Eugene Blue_____
6                                                Michael Eugene Blue
                                                CAMPICHE BLUE, PLLC
7                                               Attorney for Plaintiffs

8

9

10 **IT IS SO ORDERED:**

11 DATED: February 10, 2009
                                                _____
12                                              FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE
13

2
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON